IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-15-BO
No. 7:16-CV-299-BO

| | |
|---|---|
| VINCENT SINCLAIR,<br>   Petitioner, | )<br>)<br>) |
| v. | )    <u>O R D E R</u> |
| | ) |
| UNITED STATES OF AMERICA,<br>   Respondent. | )<br>)<br>) |

This matter comes before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. [DE 105]. The Court's consideration of the § 2255 motion was stayed by order entered September 21, 2016. The parties shall within fourteen (14) days of the date of entry of this order notify the Court whether a continued stay is necessary.

SO ORDERED, this __13__ day of August, 2018.

                 _/s/ Terrence Boyle_
                 TERRENCE W. BOYLE
                 UNITED STATES DISTRICT JUDGE