IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-15-BO
No. 7:16-CV-299-BO

| | |
|---|---|
| VINCENT SINCLAIR,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | ORDER |

This matter comes before the Court on the government's response to the Court's order directing the parties notify the Court whether a continued stay of petitioner's motion pursuant to 28 U.S.C. §2255 is necessary. The government requests a continued stay of consideration of petitioner's § 2255 motion pending resolution of *United States v. Simms*, No. 15-4640 (4th Cir. 2016), which is currently scheduled for oral argument on September 26, 2018.

For good cause shown, the stay in this matter shall continue and the § 2255 proceeding will remain in abeyance. Petitioner shall file a brief addressing the effect of *Simms* on his claim not more than twenty-one days after the date of entry of the mandate of the court of appeals. Respondent may file a response within fourteen days of the date of petitioner's filing.

SO ORDERED, this **21** day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE